IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 20-cv-02374-CMA-KLM

KAT CONSTRUCTION MANAGEMENT, LLC,

 Plaintiff,

v.

LIBERTY INSURANCE CORPORATION,

 Defendant.

---

**ORDER TO CONSOLIDATE**

---

 This matter is before the Court on Defendant Liberty Insurance Corporation's Notice of Related Cases (Doc. # 13). A second case, Case No. 20-cv-02527-CMA-KLM, fled in this court involves the same parties as in the above-mentioned case. Pursuant to F.R.Civ.P. 42(a), the Court finds that the two actions involve common questions of law or fact, including common parties and common claims, before this Court.

 FURTHER, the Court finds that consolidation of these two cases will avoid unnecessary costs and delays. Therefore, it is

 ORDERED that the Court consolidates Case No. 20-cv-02374-CMA-KLM and Case No. 20-cv-02527-CMA-KLM for all purposes. All subsequent filings in either of these actions shall be docketed under Case No. 20-cv-02374-CMA-KLM and captioned as set forth above.

 DATED: October 28, 2020    BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge